SEAN P. FLYNN (SBN: 220184)
sflynn@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone:   (949) 255-6958
Facsimile:    (949) 474-2060

STEVEN C. COFFARO (Pro Hac Vice)
steve.coffaro@kmklaw.com
AMANDA B. STUBBLEFIELD (Pro Hac Vice)
astubblefield@kmklaw.com
**KEATING MUETHING & KLEKAMP PLL**
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone:   (513) 579-6400
Facsimile:    (513) 579-6457

Attorneys for Defendant
BOLL & BRANCH, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA GRIFFITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOLL & BRANCH, LLC,<br><br>Defendants. | CASE NO.  3:19-cv-01551-JM-LL<br><br>**DEFENDANT BOLL & BRANCH, LLC'S NOTICE OF MOTION TO DISMISS OR TRANSFER VENUE**<br><br>Hearing:<br>Date:  January 6, 2020<br>Time:  10:00 a.m.<br>Courtroom:  5D<br>Judge:  Jeffrey T. Miller |

*Gordon Rees Scully Mansukhani, LLP*
*2211 Michelson Drive, Suite 400*
*Irvine, CA 92612*

-1-

PLEASE TAKE NOTICE that on January 6, 2020, at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 5D before the Honorable Jeffrey T. Miller, Defendant Boll & Branch, LLC will and hereby moves the Court to dismiss this action for improper venue or transfer this action to the United States District Court for the District of New Jersey, or alternatively, to the Central District of California, pursuant to 28 U.S.C. § 1406 and 28 U.S.C. § 1404.

This Motion is supported by the accompanying Memorandum of Points and Authorities, the pleadings in this case, and such other written and oral argument and authorities that may be presented in Defendant's reply brief or at the hearing on this Motion.

Dated:  December 3, 2019

GORDON REES SCULLY MANSUKHANI

By:   */s/ Sean P. Flynn*
 Sean P. Flynn

KEATING MUETHING & KLEKAMP PLL

By:   */s/ Steven C. Coffaro*
 Steven C. Coffaro
 Amanda B. Stubblefield

Attorneys for Defendant
BOLL & BRANCH, LLC

**Gordon Rees Scully Mansukhani, LLP**
2211 Michelson Drive, Suite 400
Irvine, CA 92612

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

      The foregoing document was filed electronically using the Court's ECF docketing system on Decenber 3, 2019, which provides service to all counsel of record electronically.

                      */s/ Steven C. Coffaro*
                      Steven C. Coffaro (*pro hac vice*)

9629804.1

**Gordon Rees Scully Mansukhani, LLP**
2211 Michelson Drive, Suite 400
Irvine, CA 92612

-3-

DEFENDANT'S NOTICE OF MOTION
TO DISMISS OR TRANSFER VENUE

Case No. 3:19-cv-01551-JM-LL