

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dena Griffith individually and on behalf of all others similarly situated | Civil Action No.   19-cv-01551-JM-LL |
| **Plaintiff,** | |
| V. | |
| Boll & Branch, LLC | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss for improper venue is Granted. The case is hereby closed.

Date:   2/3/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle

S. Tweedle, Deputy